IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-24023-GLT |
| | ) | |
| TERESA M. SULLIVAN and | ) | Chapter 13 |
| JOHN L. SULLIVAN, | ) | |
| | ) | |
| Debtors. | ) | Document No. _____ |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

TO:  Case Administrator

Please correct the mailing address of the following creditor in the above-captioned case as follows:

CURRENT

Cap1/bstby
P.O. Box 5893
Carol Stream, IL  60197

CORRECTED

Cap1/bstby
P.O. Box 30285
Salt Lake City UT 84130

Thank you for your assistance with this matter.


August 25, 2016                          /s/    James E. Miscavage
Date                                     JAMES E. MISCAVAGE, ESQUIRE
                                         Attorney for Debtor
                                         55 Old Clairton Road, Suite 204
                                         Pittsburgh  PA  15236
                                         (412) 653-5711
                                         PA I.D. #41001