PAWB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 13-24023-GLT |
| | ) | |
| TERESA M. SULLIVAN and | ) | |
| JOHN L. SULLIVAN, | ) | Chapter 13 |
|     Debtors, | ) | |
| | ) | |
| TERESA M. SULLIVAN, | ) | Hearing Date: February 14, 2018 |
|     Movant, | ) | |
| vs. | ) | Hearing Time: 9:30 a.m. |
| | ) | |
| RONDA J. WINNECOUR, | ) | Response Deadline: February 6, 2018 |
|     Respondent. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Motion to Obtain a Loan From 401(k) Plan, Proposed Order and Notice of Hearing on the parties listed below on <u>January 16, 2018</u>:

| | | |
|---|---|---|
| Teresa M. Sullivan | Office of the U.S. Trustee | Ronda J. Winnecour |
| 112 Neilson Drive | 1001 Liberty Avenue | Chapter 13 Trustee, W.D.PA. |
| Jefferson Hills  PA  15025 | Liberty Center, Suite 970 | P.O. Box 84051 |
| | Pittsburgh PA  15222 | Chicago, IL 60689-4002 |

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  U.S. First Class Mail, postage prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: <u>January 16, 2018</u>

                                                                                             By:   <u>/s/ James E. Miscavage</u>
                                                                                                    JAMES E. MISCAVAGE, ESQUIRE
                                                                                                    55 Old Clairton Road, Suite 204
                                                                                                    Pittsburgh  PA  15236
                                                                                                    412-653-5711
                                                                               [jamesmiscavage@gmail.com](mailto:jamesmiscavage@gmail.com)
                                                                               PA I.D. 41001