IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 13-24023-GLT |
| | ) | |
| TERESA M. SULLIVAN and | ) | |
| JOHN L. SULLIVAN, | ) | Chapter 13 |
| Debtors, | ) | |
| | ) | |
| TERESA M. SULLIVAN, | ) | Hearing Date:  February 14, 2018 |
| Movant, | ) | |
| vs. | ) | Hearing Time:  9:30 a.m. |
| | ) | |
| RONDA J. WINNECOUR, | ) | Response Deadline:  February 6, 2018 |
| Respondent. | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOVANT'S MOTION FOR APPROVAL TO OBTAIN A LOAN FROM 401(K) PLAN TO PURCHASE MOTOR VEHICLE**

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than February 6, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on February 14, 2018 at 9:30 a.m. before Judge Taddonio, in United States Bankruptcy Court, Western District of Pennsylvania, Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

January 17, 2018                                              /s/JAMES E. MISCAVAGE
Date of Service                                                JAMES E. MISCAVAGE, ESQUIRE
                                                                       Attorney at Law
                                                                       55 Old Clairton Road, Suite 204
                                                                       Pittsburgh  PA  15236
                                                                       412-653-5711
                                                                       PA I.D. #41001