IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 13-24023-GLT |
| | ) | |
| TERESA M. SULLIVAN and | ) | |
| JOHN L. SULLIVAN, | ) | Chapter 13 |
|     Debtors, | ) | |
| | ) | |
| TERESA M. SULLIVAN, | ) | Hearing Date:  February 14, 2018 |
|     Movant, | ) | |
| vs. | ) | Hearing Time:  9:30 a.m. |
| | ) | |
| RONDA J. WINNECOUR, | ) | Response Deadline:  February 6, 2018 |
|     Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION FOR COURT APPROVAL TO OBTAIN A LOAN FROM
401(K) PLAN TO PURCHASE MOTOR VEHICLE**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion for Court Approval to Obtain a Loan From 401(k) Plan to Purchase Motor Vehicle has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to the Debtor's Motion for court Approval to Obtain a Loan From 401(k) Plan to Purchase a Motor Vehicle appears thereon.  Pursuant to the Notice of Hearing, a response to the Motion was to be filed and served no later than **February 6, 2018.**

    It is hereby respectfully requested that the Order of Court attached to the Motion for Court Approval to Obtain a Loan From 401(k) Plan to Purchase Motor Vehicle be entered by the Court.

                                                        Respectfully submitted,

Date: <u>February 7, 2018</u>               <u>/s/James E. Miscavage</u>
                                                   JAMES E. MISCAVAGE
                                                   Attorney at Law
                                                   55 Old Clairton Road, Suite 204
                                                   Pittsburgh  PA  15236
                                                   (412) 653-5711
                                                   jamesmiscavage@gmail.com
                                                   PA I.D. # 41001