IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  TERESA M. SULLIVAN, | : | Bankruptcy No.   13-24023GLT |
| JOHN L. SULLIVAN, | : | |
| Debtors, | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | Document No. _____ |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 24, 3013, at docket number 13-24023, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 13, 2018

By:/s/ Teresa M. Sullivan
John L. Sullivan
Signatures
/s/ James E. Miscavage, Esquire
JAMES E. MISCAVAGE, ESQUIRE
55 Old Clairton Road, Suite 204
Pittsburgh  PA  15236
Address of Filer
jamesmiscavage@gmail.com
Email Address of Filer
412-653-5711
Phone Number of Filer
PA I.D. #41001
Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**