**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TERESA M. SULLIVAN<br>JOHN L. SULLIVAN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  TERESA M. SULLIVAN<br>JOHN L. SULLIVAN<br><br>      Respondents | FILED<br>9/19/18 1:05 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 13-24023GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 117 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 19th day of September, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pnc Bank*
Attn: Payroll Manager*
620 Liberty Ave 2 Pnc Plz*
Pittsburgh, PA 15222-

is hereby ordered to immediately terminate the attachment of the wages of TERESA M. SULLIVAN, social security number XXX-XX-8110. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TERESA M. SULLIVAN.

BY THE COURT:

_____
                **cgt**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Teresa M. Sullivan  
John L. Sullivan  
     Debtors

Case No. 13-24023-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db/jdb         +Teresa M. Sullivan,    John L. Sullivan,    112 Neilson Drive,    Jefferson Hills, PA 15025-3324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     PNC Mortgage andygornall@latouflawfirm.com  
         James Warmbrodt     on behalf of Creditor     PNC Bank National Association bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     PNC Mortgage bkgroup@kmllawgroup.com  
         James E. Miscavage     on behalf of Joint Debtor John L. Sullivan jamesmiscavage@gmail.com  
         James E. Miscavage     on behalf of Debtor Teresa M. Sullivan jamesmiscavage@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                             TOTAL: 8