**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/19/18 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  TERESA M. SULLIVAN
  JOHN L. SULLIVAN
       Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
     vs.
  TERESA M. SULLIVAN
  JOHN L. SULLIVAN

      Respondents

Case No. 13-24023GLT

Chapter 13

Related to Dkt. No. 118

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 19th day of September, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Consumer Fresh Produce Inc
      Attn: Payroll Manager
      One 21St St
      Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of JOHN L. SULLIVAN, social security number XXX-XX-8885. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN L. SULLIVAN.

BY THE COURT:

_____
                     cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-24023-GLT
Teresa M. Sullivan                                                        Chapter 13
John L. Sullivan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala                Page 1 of 1              Date Rcvd: Sep 19, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db/jdb         +Teresa M. Sullivan,    John L. Sullivan,   112 Neilson Drive,   Jefferson Hills, PA 15025-3324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Mortgage andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Mortgage bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Joint Debtor John L. Sullivan jamesmiscavage@gmail.com
              James E. Miscavage    on behalf of Debtor Teresa M. Sullivan jamesmiscavage@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8