Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Teresa M. Sullivan** : | Case No. 13−24023−GLT |
| **John L. Sullivan** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 125 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/16/19 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 1st of November, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 125 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  *On or before December 17, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *January 16, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24023-GLT
Teresa M. Sullivan                                                      Chapter 13
John L. Sullivan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: ctak                  Page 1 of 2              Date Rcvd: Nov 01, 2018
                               Form ID: 604                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db/jdb         +Teresa M. Sullivan,    John L. Sullivan,    112 Neilson Drive,    Jefferson Hills, PA 15025-3324
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13718598       +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
13718599      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
13744350        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13718603       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13727962      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13724835       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13724834       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13724836       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13718607       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13718608       +Fed Loan Serv,    Pob 69184,    Harrisburg, PA 17106-9184
13768919        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13718609       +First National Bank Of Pa,    Box 6000,    Hermitage, PA 16148-0900
13718610       +First National Bank Of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13718613       +Homeprjvisa,    c/o Home Projects Visa,    Wells Fargo Bank,    PO Box 660431,
                 Dallas, TX 75266-0431
13718615       +Northland Group Inc,    Box 390905,    Minneapolis, MN 55439-0905
13718616       +Ntb/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13720251       +PNC BANK,    P O BOX 94982,    CLEVELAND   OHIO 44101-4982
13746411       +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5433
13718617       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13718618       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
13718619       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13718620       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13718622       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13718623       +Sunoco/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13718624       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13718625       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13749612        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:40:53
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13762553       +E-mail/Text: bncmail@w-legal.com Nov 02 2018 03:22:50       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13741535        E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2018 03:21:43
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13718597       +E-mail/Text: ally@ebn.phinsolutions.com Nov 02 2018 03:21:43        Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
13718600       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 03:24:14        Cap1/bstby,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13718601       +E-mail/Text: cms-bk@cms-collect.com Nov 02 2018 03:21:59       Capital Management Services LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13718602       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 03:24:40        Capital One, N.a.,
                 Po Box 30273,    Salt Lake City, UT 84130-0273
13718605       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2018 03:22:01       Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13722610        E-mail/Text: mrdiscen@discover.com Nov 02 2018 03:21:44       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13718606       +E-mail/Text: mrdiscen@discover.com Nov 02 2018 03:21:44       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13718611        E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:37       Gecrb/jcp,    PO Box 965004,
                 Orlando, FL  32896-5004
13718612       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 03:24:11       Gecrb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
13718614       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 02 2018 03:21:49        Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14381413        E-mail/Text: peritus@ebn.phinsolutions.com Nov 02 2018 03:23:35
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14412891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:24:45
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13775483        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 03:40:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13746198        E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788

```
District/off: 0315-2          User: ctak                    Page 2 of 2                   Date Rcvd: Nov 01, 2018
                              Form ID: 604                  Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13761115          E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2018 03:22:12
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13718621          E-mail/PDF: pa_dc_claims@navient.com Nov 02 2018 03:23:59      Sallie Mae,    Po Box 9640,
                  Wilkes Barre, PA  18773-9640
13787376         +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2018 03:23:58      Sallie Mae,    c/o Sallie Mae Inc.,
                  220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
13743214         +E-mail/Text: bncmail@w-legal.com Nov 02 2018 03:22:50      TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC Bank National Association
cr*               PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX   75014-1419
cr*              +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13718604*        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13718626*       ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
                  (address filed with court:   Webbank/dfs,    1 Dell Way,   Round Rock, TX  78682)
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Mortgage andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    PNC Mortgage bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Joint Debtor John L. Sullivan jamesmiscavage@gmail.com
              James E. Miscavage    on behalf of Debtor Teresa M. Sullivan jamesmiscavage@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```